## ROBERT ROBBINS, EXECUTOR (ESTATE OF JOAN ROBBINS) *v.* CHARLES N. LEACH, JR., ET AL.
### (AC 20310)

Spear, Mihalakos and Flynn, Js.

Argued June 7—officially released July 3, 2001

Per Curiam. The judgment is affirmed.